# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

Direct Number: (212) 326-3604
JTAMBE@JONESDAY.COM

August 5, 2024

VIA ECF

The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl St.
New York, NY 10007

The request is GRANTED.  The initial pre-trial conference is adjourned from August 15, 2024 to October 2, 2024 at 12:00 p.m.  Plaintiffs shall file a consolidated amended complaint by September 17, 2024.

**SO ORDERED.**

Dated:  August 6, 2024
   New York, New York

*Jennifer Rochon*

**JENNIFER L. ROCHON**
**United States District Judge**

Re:   *Duran v. J.P. Morgan Chase & Co.*
      Civil Action No. 1:24-cv-03514-JLR (S.D.N.Y.)

Dear Judge Rochon:

Plaintiffs LilyBeth Duran and Daniel Walton ("Plaintiffs") and Defendant J.P. Morgan Chase & Co. ("JPMC" and collectively with Plaintiffs, the "Parties") write pursuant to Section 1(F) of your Honor's Individual Practices and in connection with the order setting the initial pretrial conference, ECF No. 17.  The Parties jointly write to request that the initial pretrial conference set for August 15, 2024 be continued an additional 30 days.  The Parties further request that Plaintiffs' obligation to file a consolidated amended complaint be extended 30 days to September 17, 2024.

The Parties met and conferred on August 2, 2024, in accordance with the order setting the initial pretrial conference.  During the conference, the parties discussed the factual background of this matter, potential pleadings challenges JPMC may bring, and the prospect of resolving the case. Following a productive conversation, the parties agreed to engage in additional discussions over the next month to explore a potential resolution of this matter.

Accordingly, the Parties seek a 30-day continuance of the initial pretrial conference as well as a 30-day extension of Plaintiffs' obligation to file a consolidated amended complaint to September 17, 2024.  This is Plaintiffs' first requested extension of time in this matter.  JPMC has previously been granted two 30-day extensions to answer, move, or otherwise respond to Plaintiffs' original complaints in the *Duran* and *Walton* matters pending Plaintiffs' request for consolidation.  This request does not affect any other scheduled dates.

JONES DAY

Respectfully submitted,

*/s/ Jayant W. Tambe*

Jayant W. Tambe

Counsel for JP MORGAN CHASE BANK & CO.


*/s/ John A. Yanchunis*
John A. Yanchunis

*/s/ Gary E. Mason*
Gary E. Mason


Counsel for PLAINTIFFS


cc: All counsel of record (via ECF)