# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

Direct Number: (212) 326-3604
jtambe@jonesday.com

December 31, 2024

VIA ECF

The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl St.
New York, NY 10007

      Re:    *Duran v. J.P. Morgan Chase & Co.*
              Civil Action No. 1:24-cv-03514-JLR (S.D.N.Y.)

Dear Judge Rochon:

Plaintiffs LilyBeth Duran and Daniel Walton ("Plaintiffs") and Defendant J.P. Morgan Chase & Co. ("JPMC" and collectively with Plaintiffs, the "Parties") write pursuant to Section 1(F) of your Honor's Individual Practices and in connection with the Notice of Initial Pretrial Conference (ECF No. 17), and the orders rescheduling the initial pretrial conference, ECF Nos. 27, 29, 31, 33, 35, 37, and 38.

As the parties noted in prior submissions to the Court, they have been engaged in discussions to narrow or resolve this matter. Those discussions have now concluded the parties anticipate that the cases will shortly be dismissed. The parties therefore jointly request that the court conference scheduled for January 6, 2025 be adjourned and all other dates be vacated *sine die*. The parties will update the Court by February 7 should they encounter any unforeseen delays in concluding this matter.

The parties are available to answer any questions from the Court.

The conference scheduled for January 6, 2025 shall be adjourned and all other dates in this matter are adjourned without date. The parties shall provide an update to the Court by February 7, 2025. If the matter is not resolved by February 7, 2025, new deadlines will be set.

Dated: January 2, 2025
      New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Respectfully submitted,

*/s/ Jayant W. Tambe*

Jayant W. Tambe

Counsel for JP MORGAN CHASE BANK & CO.

JONES DAY

        */s/ John A. Yanchunis*
        John A. Yanchunis

        */s/ Gary E. Mason*
        Gary E. Mason

        Counsel for PLAINTIFFS

cc: All counsel of record (via ECF)