# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

Direct Number: (212) 326-3604
jtambe@jonesday.com

February 7, 2025

VIA ECF

The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl St.
New York, NY 10007

      Re:    *Duran v. J.P. Morgan Chase & Co.*
               Civil Action No. 1:24-cv-03514-JLR (S.D.N.Y.)

Dear Judge Rochon:

    Plaintiffs LilyBeth Duran and Daniel Walton ("Plaintiffs") and Defendant J.P. Morgan Chase & Co. ("JPMC" and collectively with Plaintiffs, the "Parties") write in connection with the Court's Order dated January 2, 2025 (ECF No. 40).

    On January 30, 2025, counsel for Plaintiffs LilyBeth Duran and Daniel Walton filed a Notice of Voluntary Dismissal (ECF No. 42) dismissing their claims with prejudice against JPMC. The parties jointly request that all calendared dates be vacated.

    The parties are available to answer any questions from the Court.

Respectfully submitted,

*/s/ Jayant W. Tambe*

Jayant W. Tambe

Counsel for JP MORGAN CHASE BANK & CO.

*/s/ John A. Yanchunis*
John A. Yanchunis

---

This case has been terminated. All calendared dates are therefore vacated.

Dated: January 10, 2025
       New York, New York
**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

**JONES DAY**

*/s/ Gary E. Mason*
Gary E. Mason

Counsel for PLAINTIFFS

cc: All counsel of record (via ECF)